Edward M. Miller, guardian of the estate of Samuel Letizia, appellee, v. Chicago & North Western Railway Company et al., defendants. Chicago & North Western Railway Company, appellant. Gen. No. 33,417.

Opinion filed October 14, 1929.

A. A. McLaughlin and I. C. Belden, for appellant. Finn & Miller, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Raymond E. Gidley, appellee, v. Chicago Short Line Railway Company, appellant. Gen. No. 33,426.

Opinion filed October 14, 1929. Rehearing denied October 28, 1929.

Knapp & Campbell, for appellant; Joseph L. Earlywine and Paul R. Conaghan, of counsel. H. A. Barnhardt, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Arnold Wallace, by Rubin Wallace, his next friend, appellee, v. Crane Company, appellant. Gen. No. 33,449.

Opinion filed October 14, 1929.

Alden, Latham & Young, for appellant; Charles Martin, of counsel. Charles C. Spencer, Arthur A. House and Anson H. Brown, for appellee; A. J. W. Appell, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Max Wertheimer, appellee, v. United Cigar Stores Company of America, appellant. Gen. No. 33,489.

Opinion filed October 14, 1929.

John Clark Baker, for appellant. Philip D. Hoffman, for appellee.

Mr. Justice Matchett delivered the opinion of the court.